```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 08547
   JAN CHRAMEGA
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6006


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 03/04/2004 and was confirmed 06/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/14/2007.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
---------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00             .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     5420.00            .00        5420.00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY      NOT FILED           .00            .00
CHASE MANHATTAN           NOTICE ONLY      NOT FILED           .00            .00
LAKEWOOD CONDOMINIUM ASS  MORTGAGE ARRE     4367.38            .00        4367.38
LAKEWOOD CONDOMINIUM ASS  NOTICE ONLY      NOT FILED           .00            .00
FORD MOTOR CREDIT         UNSECURED         5330.39            .00        5330.39
HARRIS TRUST              CURRENT MORTG        .00             .00            .00
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED           .00            .00
IWONA PANKOWSKA           DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                          860.00
DEBTOR REFUND             REFUND                                           302.23

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE            16,280.00

PRIORITY                                          .00
SECURED                                      9,787.38
UNSECURED                                    5,330.39
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           860.00
DEBTOR REFUND                                  302.23
                   --------------          --------------
TOTALS             16,280.00                16,280.00




            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 08547 JAN CHRAMEGA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```